sion, Fourth Department. March 4, 1914.) Action by Catherine P. Frost, as committee of the person and property of Uzzarella Hayward, an incompetent person, against Edwin S. Hayward and another. No opinion. Motion granted, and appeal dismissed, with costs.

GARRISON, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Cornelius M. Garrison against Robert M. Thompson. S. J. Siegel, of New York City, for appellant. A. Stickney, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GARRY, Respondent, v. RED HOOK LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by John F. Garry against the Red Hook Light & Power Company. No opinion. Judgment and order unanimously affirmed, with costs.

GLENDENING, Appellant, v. WESTERN UNION TELEGRAPH CO., Respondent. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by George O. Glendening against the Western Union Telegraph Company. J. W. Purdy, Jr., of New York City, for appellant. A. T. Benedict, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 159 App. Div. 909, 144 N. Y. Supp. 1117.

GOETZ, Appellant, v. DUFFY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Catherine Goetz, as administratrix, etc., against Jane E. Duffy, individually and as executrix, etc., and others. No opinion. Motion for leave to appeal (from 146 N. Y. Supp. 152) to the Court of Appeals granted.

GOLDSTEIN, Respondent, v. LAUFER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Henry Goldstein against Jacob Laufer. No opinion. Interlocutory judgment affirmed, with costs.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. In re SOMMER et al. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners, etc., in the matter of lands of August C. Sommer and others. Proceeding No. 96. No opinion. Order confirming report of commissioners as to parcel No. 1 vacated, and said report and proceedings as to parcel No. 1 sent back to the same commissioners for a new appraisal and report, in accordance with stipulation filed.

GRAY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Charles P. Gray against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1125.

GRIFFING v. VANDERBILT et al. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Timothy M. Griffing against Edward Ward Vanderbilt and others.

PER CURIAM. Motion granted, on defendants giving a bond in the sum of $2,000, within 10 days, to indemnify plaintiff against loss pending the hearing and determination of the case; otherwise, motion denied, with $10 costs. Settle order before Mr. Justice CARR.

GRILLI, Appellant, v. DEL PAPA, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Nicola Grilli against Michele Del Papa.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BURR, J., dissents, upon the ground that none of the allegations of the complaint are made upon information and belief. If the words were uttered to the knowledge of plaintiff, it must be the case that he was present and heard them.

GRISWOLD, Appellant, v. NEW YORK STATE RYS., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Charlotte C. Griswold against the New York State Railways. No opinion. Appeal dismissed, without costs, upon stipulation filed.

GROPP v. GREAT ATLANTIC & PACIFIC TEA CO. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Henry E. Gropp against the Great Atlantic & Pacific Tea Company. No opinion. Motion granted, on condition stated in order. Order filed. See, also, 83 Misc. Rep. 374, 145 N. Y. Supp. 959.

GROSSMAN, Respondent, v. BLUESTEIN, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Morris Grossman against Jacob Bluestein, impleaded. L. B. Cohen, of New York City, for appellant. B. E. Messler, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

HAAKENSON, Appellant, v. COVERING & SUPPLY CO., Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Daniel Haakenson against